# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HANNIGAN,<br><br>        Plaintiff,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD.,<br><br>        Defendant. | CASE NO. 2:23-CV-10005-PA (MAAx)<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Percy Anderson<br>Magistrate: Hon. Maria A. Audero<br>Filed:  November 28, 2023 |

Based on the parties' Stipulation of Dismissal, it is hereby ORDERED that:

1. All claims in the above-entitled action are dismissed in their entirety with prejudice;

2. Each party to bear its own fees and costs; and

3. The court retains jurisdiction to enforce the terms of the settlement for a period of 45 days.

**IT IS ORDERED.**

Dated:  February 23, 2024      _____
                                Percy Anderson
                                **UNITED STATES DISTRICT JUDGE**